RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8, 31, 06
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-50066-06 |
| VERSUS | * | JUDGE STAGG |
| ALBERT N. PEGUES | * | MAGISTRATE JUDGE HORNSBY |

### FINAL ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture on April 13, 2006, ordering defendant ALBERT PEGUES to forfeit $18,546 in United States currency.

Notice of the Preliminary Order of Forfeiture was given by the United States by publication on June 16, 23 and 30 of 2006 in the Shreveport Times, a Shreveport newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Notice was served upon Albert Pegues on June 28, 2006.

No timely claims were filed.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Preliminary Order of Forfeiture entered in the above captioned action on April 13, 2006, is final, this Court having found that the defendant ALBERT PEGUES convicted in the case had an interest in the forfeitable property under Title 18, United States Code, Section 982 and Title 21,

1

United States Code, Section 853, and all right, title and interest to the $18,546 in United States currency is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

The United States has clear title to all the property as set forth in Preliminary Order of Forfeiture dated April 13, 2006. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal Service, 300 Fannin Street, Suite 1202, Shreveport, Louisiana 71101.

Shreveport, Louisiana, this 30th day of August, 2006.

TOM STAGG
United States District Judge